IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Township of Marple,                    :
                        Petitioner     :
                                       :
            v.                         :        No. 319 C.D. 2022
                                       :
Pennsylvania Public Utility            :
Commission,                            :
                        Respondent     :

# O R D E R

AND NOW, this 25th day of April 2023, **IT IS HEREBY ORDERED** that the above-captioned opinion filed March 9, 2023, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
ELLEN CEISLER, Judge